Submitted January 30, 2020, affirmed May 26, 2021

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JOSE MARCOS HERRERA,
*Defendant-Appellant.*

Deschutes County Circuit Court
16CR51381; A168039

487 P3d 413

Beth M. Bagley, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Sarah De La Cruz, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Kirsten M. Naito, Assistant Attorney General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Tookey, Judge, and Aoyagi, Judge.

PER CURIAM

Affirmed. *State v. Merrill*, 311 Or App 487, 492 P3d 722 (2021).